John R. Till State Bar No. 178763
Bret A. Stone State Bar No. 190161
Brian R. Paget State Bar No. 168694
Paladin Law Group® LLP
1176 Boulevard Way, Suite 200
Walnut Creek, California 94595
Telephone: (925) 947-5700
Facsimile: (925) 935-8488

Counsel for Plaintiffs
RICHARD G. WHITEHURST AND
LORRAINE D. WHITEHURST

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD G. WHITEHURST AND LORRAINE D. WHITEHURST, as individuals and as trustees of the Whitehurst Family Trust,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking corporation; CHARLOTTE A. HEINL, as an individual and dba Norge Cleaners; and DOES 1 through 100,<br><br>Defendants. | Case No. C09-04808 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The parties, through their counsel of record, hereby stipulate to, and request that the Court enter an order for, a four week continuance of the Initial Case Management Conference in this case. The conference is currently scheduled for Thursday, January 14, 2010 in Courtroom B, on the 15th Floor, in San Francisco, at 10:00 a.m. The parties request that the Court continue the conference to Thursday, February 11, 2010 (the location and time of the conference would remain the same) with corresponding continuances for the various deadlines that flow from the conference date, including, *e.g.,* the deadlines for filing Rule 26(f) Reports, for making initial disclosures, and for filing an Initial Joint Case Management Statement.



-1-
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

The parties are seeking the continuance of the Initial Case Management Conference because Defendants have not yet answered or otherwise responded to Plaintiffs' First Amended Complaint. Plaintiffs' original Complaint named Bank of America Corporation as a defendant. However, the parties recently determined that Plaintiffs should have named Bank of America, *National Association,* and not Bank of America *Corporation.* Plaintiffs thus revised their Complaint, adding Bank of America, National Association, and dropping Bank of America Corporation. Plaintiffs then filed their First Amended Complaint on December 11, 2009. Defendants' deadline to respond to the First Amended Complaint is thus Monday, January 4, 2010.[1] The parties believe that it makes the most sense for Defendants to respond to the operative complaint *before* they attempt to meet-and-confer regarding their initial disclosures, a discovery plan, and their Initial Joint Case Management Statement, and *before* they produce their initial disclosures and file their Initial Joint Case Management Statement. Accordingly, the parties ask that the Court briefly continue the Initial Case Management Conference in order to afford the parties sufficient time to meet-and-confer, produce their initial disclosures, file their Initial Joint Case Management Conference, and meaningfully participate in the Initial Case Management Conference.

WE SO STIPULATE:

DATED: December 22, 2009     PALADIN LAW GROUP® LLP

/s/
_____
Brian R. Paget
Counsel for Richard and Lorraine Whitehurst

DATED: December 22, 2009     REED SMITH LLP

/s/
_____
Todd O. Maiden
Counsel for Bank of America, NA

DATED: December 22, 2009     BELZER, HULCHIY & MURRAY

/s/
_____
Bruce Cornelius
Counsel for Charlotte Heinl



---

[1] Defendant Heinl sought and was given an extension to respond until January 13, 2010.

For good cause appearing, the Court hereby orders that the Initial Case Management Conference in this matter is continued from January 14, 2010 in Courtroom B, on the 15th Floor, in San Francisco, at 10:00 a.m., until:

☒ February 11, 2010, in Courtroom B, on the 15th Floor, in San Francisco, at 10:00 a.m. and that all of the corresponding deadlines flowing therefrom are continued accordingly as provided by the Court's original Order Setting Initial Case Management Conference and ADR Deadlines (filed Oct. 8, 2009).

☐ _____ and that all of the corresponding deadlines flowing therefrom are continued accordingly as provided by the Court's original Order Setting Initial Case Management Conference and ADR Deadlines (filed Oct. 8, 2009).

IT IS SO ORDERED.

DATED: December 28, 2009

UNITED STATES MAGISTRATE JUDGE
MARIA-ELENA JAMES