Todd O. Maiden (SBN 123524)
Email: tmaiden@reedsmith.com
Phillip H. Babich (SBN 269577)
Email: pbabich@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendant/Crossclaimant
Bank of America, National Association

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD G. WHITEHURST and LORRAINE D. WHITEHURST, as individuals and as trustees of the Whitehurst Family Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking corporation; CHARLOTTE A. HEINL, as an individual dba Norge Cleaners; and DOES 1 through 100,<br><br>Defendants. | No.: C 09-04808 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING REVISED CASE MANAGEMENT ORDER** |
| BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>RICHARD G. WHITEHURST and LORRAINE D. WHITEHURST, as individuals and as trustees of the Whitehurst Family Trust; and ROES 1 through 100,<br><br>Counterdefendants. | |

C09-04808 MEJ – 1 –

STIPULATION AND [PROPOSED] ORDER SETTING REVISED CASE MANAGEMENT ORDER

BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking corporation,

    Crossclaimant,

 vs.

CHARLOTTE A. HEINL; and ZOES 1 through 100,

    Crossdefendants.

  Because further environmental investigation of Plaintiffs' property and the site is necessary in order to determine the extent and costs of environmental clean-up at the site, for which the parties continue to identify funding sources, including insurance coverage, and due to the fact that the investigatory work will require approximately 90 days once the work commences, following which the parties will need one to two months to assess the results and conduct settlement talks, Plaintiffs Richard G. Whitehurst and Lorraine D. Whitehurst, as individuals and as trustees of the Whitehurst Family Trust, and Defendants Bank of America, National Association and Charlotte A. Heinl, as an individual and doing business as Norge Cleaners, stipulate to amending the Court's August 14, 2012 Order Granting Stipulation and Order Setting Revised Case Management Order (attached as Exhibit A) as follows, and respectfully request that the Court approve the same:

| Event | Operative CMO (8/14/2012) | Proposed Deadlines |
|---|---|---|
| Disclosure of Expert Witnesses | 4/5/2013 | 9/3/2013 |
| Rebuttal Expert Witnesses | 4/26/2013 | 9/23/2013 |
| Close of Discovery | 5/31/2013 | 10/28/2013 |
| File, Serve, and Notice Dispositive Motions | 6/21/2013 | 11/18/2013 |
| Last Day for Hearing on Dispositive Motions | 8/1/2013 | 1/9/2014 |
| Meet and Confer and Exchange Trial Papers | 9/6/2013 | 2/3/2014 |
| File papers (per FRCP 26(a)(3) and joint pretrial conference statement | 9/20/2013 | 2/17/2014 |
| Motions in limine – filed | 9/20/2013 | 2/17/2014 |
| Motions in limine – oppositions | 9/27/2013 | 2/24/2014 |
| File Trial Briefs | 10/4/2013 | 3/3/2014 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | | |
|---|---|---|
| File Joint Proposed and Disputed Voir Dire Questions | 10/4/2013 | 3/3/2014 |
| File Joint set of additional proposed jury instructions | 10/4/2013 | 3/3/2014 |
| Proposed Verdict forms | 10/4/2013 | 3/3/2014 |
| Pretrial Conference | 10/10/2013 | 3/6/2014 |
| Final Pretrial Conference | 10/31/2013 | ~~3/20/2014~~ 3/27/2013 |
| Trial Date | 11/4/2013 | ~~3/24/2014~~ 3/31/2013 |

WHEREFORE, Plaintiffs and Defendants stipulate to and respectfully request that this Court amend the existing Case Management Order to incorporate the dates proposed above, while all other facets of the Court's existing Case Management Order shall remain in effect. (A revised Case Management Order is attached as Exhibit B.)

Dated:  January 8, 2013.                    PALADIN LAW GROUP

                              By:      /s/ John R. Till
                                       John R. Till
                                       Bret A. Stone
                                       Brian R. Paget
                                       Attorneys for Plaintiffs/Counter Defendants
                                       Richard and Lorraine Whitehurst

Dated:  January 8, 2013.                    WOOD, SMITH, HENNING, BERMAN LLP

                              By:      /s/ David F. Wood
                                       David F. Wood
                                       Matthew O. Kovacs
                                       Attorneys for Plaintiffs/Counter Defendants
                                       Richard and Lorraine Whitehurst

Dated:  January 8, 2013.                    REED SMITH LLP

                              By:      /s/ Todd. O. Maiden
                                       Todd O. Maiden
                                       Phillip H. Babich
                                       Attorneys for Defendant/Crossclaimant
                                       Bank of America, National Association

## ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that this Court amends the existing Case Management Order to incorporate the dates proposed above, while all other facets of the Court's existing Case Management Order shall remain in effect.

**IT IS SO ORDERED:**

DATED: __January 9__, 2013

_____
Honorable Maria-Elena James
UNITED STATES CHIEF MAGISTRATE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware