# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WHITEHURST, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHARLOTTE HEINL, et al.,<br><br>    Defendants. | Case No.  09-cv-04808-MEJ<br><br>**ORDER VACATING CASE MANAGEMENT DATES** |

As settlement negotiations in this case are ongoing, the Court VACATES all pending pretrial and trial deadlines.  If a settlement has not been finalized, the parties shall file a joint status report by March 5, 2015.

**IT IS SO ORDERED.**

Dated: December 5, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge