Todd O. Maiden (SBN 123524)
Email: tmaiden@reedsmith.com
Phillip H. Babich (SBN 269577)
Email: pbabich@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant,
Counterclaimant, and Crossclaimant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD G. WHITEHURST and LORRAINE D. WHITEHURST, as individuals and as trustees of the Whitehurst Family Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking corporation; CHARLOTTE A. HEINL, as an individual dba Norge Cleaners; and DOES 1 through 100,<br><br>Defendants. | No.: C 09-04808 MEJ<br><br>**JOINT STATUS REPORT**<br><br>Compl. Filed: October 8, 2009<br>FAC Filed: December 11, 2009 |
| BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>RICHARD G. WHITEHURST and LORRAINE D. WHITEHURST, as individuals and as trustees of the Whitehurst Family Trust; and ROES 1 through 100,<br><br>Counterdefendants. | |

C09-04808 MEJ - 1 -
JOINT STATEMENT RE SETTLEMENT STATUS

| | |
|---|---|
| 1 | BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking corporation, |
| 2 | |
| 3 | Crossclaimant, |
| 4 | vs. |
| 5 | CHARLOTTE A. HEINL; and ZOES 1 through 100, |
| 6 | |
| 7 | Crossdefendants. |

Richard G. Whitehurst and Lorraine D. Whitehurst, as individuals and as trustees of the Whitehurst Family Trust (collectively "Whitehurst"); defendant Bank of America, National Association, a national banking association (the "Bank"); and Charlotte A. Heinl, deceased, an individual and dba Norge Cleaners by and through her insurance company the Chicago Insurance Company ("Heinl" and together with Whitehurst and the Bank as "Parties") filed on March 5, 2015, a Joint Statement re Settlement Status. The Statement notified the Court that the Parties had, in principal, reached agreement on the main terms of a Settlement Agreement and that the Parties anticipated executed the agreement by March 13, 2015.

On March 6, 2015, the Court ordered the Parties "to file a stipulation for dismissal or joint status report by March 27, 2015."

Pursuant to the Court's March 6th order, the Parties report as follows:

On March 23, 2015, the Parties entered into and fully executed a Settlement Agreement and Waiver and Release of Claims ("Settlement Agreement"). Pursuant to the Settlement Agreement, the Parties are required to fund a Remediation Escrow Account by April 2, 2015. Funds from the account will be used to pay for remediation. We anticipate that funding of the account will occur before April 2, possibly by Monday, March 30.

After the Parties have funded the Remediation Escrow Account, Whitehurst and the Bank will execute a Fixed Price Remediation Agreement with the Source Group, Inc. ("SGI"), the environmental consulting firm that will perform the remediation project. (Heinl is not a party to that agreement.) Whitehurst, the Bank, and SGI, have already drafted and agreed to the terms and

C09-04808 MEJ - 2 -
JOINT STATEMENT RE SETTLEMENT STATUS

conditions of the Fixed Price Remediation Agreement. We anticipate that execution of the agreement will occur by Friday, April 3.

Concurrent with the filing of this Status Report, the Parties are also filing a Joint Motion for Determination of Good Faith Settlement.

Dated: March 27, 2015.	PALADIN LAW GROUP

By:	/s/ John R. Till
John R. Till
Bret A. Stone
Brian R. Paget
Attorneys for Plaintiffs/Counter Defendants
Richard and Lorraine Whitehurst, as individuals and as trustees of the Whitehurst Family Trust

Dated: March 27, 2015.	WOOD, SMITH, HENNING, BERMAN LLP

By:	/s/ Jon-Erik Magnus
David F. Wood
Jon-Erik Magnus
Attorneys for Defendant Charlotte A. Heinl, deceased, an individual and dba Norge Cleaners by and through her insurance company the Chicago Insurance Company

Dated: March 27, 2015.	REED SMITH LLP

By:	/s/ Phillip H. Babich
Todd O. Maiden
Phillip H. Babich
Attorneys for Defendant/Crossclaimant
Bank of America, National Association